**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARELTECH, INC.,

                Plaintiff,

-against-                                             18 **CIVIL** 8729 (AKH)

## JUDGMENT

XIAOMI INC., BEIJING XIAOMI
TECHNOLOGY CO., LTD., XIAOMI USA,
INC., AND XIAOMI TECHNOLOGY, INC.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2019, the Court lacks personal jurisdiction over the defendants; Defendants' motion to dismiss is granted and the complaint is dismissed, with costs taxed.

**Dated:** New York, New York
          July 23, 2019

                                                  RUBY J. KRAJICK
                                                Clerk of Court
                             BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7/23/2019