# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114.1190

TELEPHONE: +1.216.586.3939 • FACSIMILE: +1.216.579.0212

Direct Number: (216) 586-7291
rbmccrum@jonesday.com

August 8, 2019

VIA ECF (WITH HARDCOPY TO CHAMBERS)

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

      Re:   *Dareltech, LLC v. Xiaomi Inc. et al*.
              Civil Action No. 1:18-cv-08729-AKH (S.D.N.Y)

Dear Judge Hellerstein:

      On August 6, 2019, the Xiaomi Defendants filed a motion seeking recovery of their attorney fees. (Dkt. No. 83.) Under the Court's rules, Dareltech's opposition brief would be due on Tuesday, August 20, 2019 and Xiaomi's reply brief would be due on August 27, 2019. Xiaomi is writing to request a modest extension of this schedule because one of its counsel of record, Susan Gerber, is getting married on August 18, 2019 and will not be back in the office until August 28, 2019.

      Xiaomi proposes the following briefing schedule:

          Dareltech's opposition brief      due August 27, 2019

          Xiaomi's reply brief             due September 6, 2019

      Counsel for Xiaomi has conferred with counsel for Dareltech and has been informed that Dareltech takes no position on Xiaomi's request to extend the briefing schedule.

      Accordingly, the Xiaomi Defendants respectfully request that the Court enter its proposed briefing schedule.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Alvin K. Hellerstein
August 8, 2019
Page 2

                        Respectfully submitted,

                        By:  */s/ Ryan B. McCrum*
                            Ryan B. McCrum
                            JONES DAY
                            North Point, 901 Lakeside Avenue
                            Cleveland, OH  44114
                            rbmccrum@jonesday.com
                            216-586-3939